permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2013–1088. Lincoln Elec. Co. v. Travelers Cas. & Sur. Co.**
Certified Question of State Law, United States District Court, Northern District of Ohio, Eastern Division, No. 1:11CV2253. This cause is pending before the court on the certification of a state law question from the United States District Court for the Northern District of Ohio, Eastern Division.

Upon consideration of the motions for admission pro hac vice of Mary Beth Forshaw and Alexander Simkin, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2013–1582. State v. Brown.**
Muskingum App. No. CT2013–0004, 2013-Ohio-3608. This cause is pending before the court as a jurisdictional appeal.

Review of appellee's memorandum in response to jurisdiction reveals that it fails to comply with S.Ct.Prac.R. 7.03(B), which requires that a memorandum "shall not exceed fifteen numbered pages, exclusive of the certificate of service." Therefore, it is ordered by the court, sua sponte, that pages 16 through 18 of the memorandum in response to jurisdiction are stricken.                                    ·

# DISCIPLINARY CASES

**2013–1739. In re Thesing.**
On certified entry of felony conviction. Patrick Ryan Thesing, Attorney Registration No. 0034397, is suspended from the practice of law for an interim period.

# CASE ANNOUNCEMENTS
## *November 14, 2013*

[Cite as *11/14/2013 Case Announcements #2*, 2013-Ohio-5039.]

# MOTION AND PROCEDURAL RULINGS

**2013–1768. Chiro v. Foley.**
Cuyahoga App. No. 99888, 2013-Ohio-4808. This cause is pending before the court as a jurisdictional appeal.

It is ordered by the court, sua sponte, that appellee shall file a response to appellant's motion for stay of execution no later than 12:00 p.m. on Monday, November 18, 2013.

# CASE ANNOUNCEMENTS
## *November 15, 2013*

[Cite as *11/15/2013 Case Announcements*, 2013-Ohio-5038.]

# DISCIPLINARY CASES

**2013–0195. Disciplinary Counsel v. Bogdanski.**
On Certification of Default. April Marie Bogdanski, Attorney Registration No. 0074879, is indefinitely suspended from the practice of law.

**2013–0279. Stark Cty. Bar Assn. v. DeHoff.**
On Certification of Default. Celeste Manley DeHoff, Attorney Registration No. 0080169, is indefinitely suspended from the practice of law.